**U.S. Department of Justice**
United States Marshals Service

AUG 28'23 AM 11:10 USMS NGA

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:23-cv-03710-JPB |
| DEFENDANT | TYPE OF PROCESS |
| $23,711.00 in United States Currency | Arrest |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 31 2023
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$23,711.00 in United States Currency
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Norman L. Barnett
Assistant United States Attorney
75 Ted Turner Drive SW, STE 600
Atlanta, GA 30303

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please arrest the defendant asset ($23,711.00 in United States currency). Please return the executed arrest warrant and process receipt.

23-DEA-702624

Signature of Attorney other Originator requesting service on behalf of:
NORMAN BARNETT  Digitally signed by NORMAN BARNETT  Date: 2023.08.25 10:06:48 -04'00'

[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: (404) 581-6000

DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 19 | 19 | [signature] | 08.28.2023 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 8/28/2023    Time: 1:10  [X] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
[signature]  31248

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Arrested

Form USM-285
Rev. 03/21

AUG28'23 AM11:10  USMS NGA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

        v.

$23,711.00 IN UNITED STATES
CURRENCY,

    Defendant.

CIVIL ACTION NO.:
1:23-cv-03710-JPB

## WARRANT FOR ARREST IN REM

TO:  AUTHORIZED LAW ENFORCEMENT OFFICER

PROPERTY DESCRIPTION:  $23,711.00 IN UNITED STATES CURRENCY

WHEREAS, on August 21, 2023 the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the Northern District of Georgia against the above-named Defendant property, alleging that said property is subject to seizure and civil forfeiture to the United States for the reasons mentioned in the complaint; and

WHEREAS, the Defendant property is currently in the possession, custody, or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the

Clerk of the Court to issue an arrest warrant in rem for the arrest of the Defendant property; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it;

NOW THEREFORE YOU ARE HEREBY COMMANDED to arrest the above-named Defendant property by serving a copy of this warrant on the custodian in whose possession, custody, or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further Order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

[signatures on following page]

Issued this 25th day of August, 2023.

KEVIN P. WEIMER, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

By: _____
DEPUTY CLERK

Executed this 28th day of August, 2023.

_____
Authorized Law Enforcement Officer

Deputy U.S. Marshal, USMS
Title And Agency