IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

 PLAINTIFF,

   V.

$23,711.00 IN UNITED STATES
CURRENCY,

 DEFENDANT.

CIVIL ACTION NO.

1:23-CV-03710-JPB

## NOTICE OF FILING COMPLAINT FOR FORFEITURE

**TO:**  **Leslie M. Sammis**
   **1005 N. Marion St.**
   **Tampa, FL 33602**

A civil complaint seeking forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6), was filed on August 21, 2023, in the United States District Court for the Northern District of Georgia by Norman L. Barnett, Assistant United States Attorney, on behalf of the United States of America, Plaintiff, against $23,711.00 in United States currency. The Complaint alleges that the Defendant Property, may, for the causes stated in the Complaint, be forfeited to the United States.

To contest forfeiture of the Defendant Property any person claiming an interest in the Defendant Property, who received direct notice of the forfeiture action must file a verified claim with the Clerk of this Court pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") 35 days after the notice is sent.  See Supplemental Rule G(5).  In addition, any person who files such a claim shall file an answer to the Complaint, or a motion under Rule 12 of the Federal Rules of Civil Procedure, no later than 21 days after the filing of the claim.  See Supplemental Rule G(5)(b).

Supplemental Rule G(5)(a) provides in pertinent part: "(i) a person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the court where the action is pending . . ." and "must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; (C) be signed by the claimant under penalty of perjury; and (D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D)." See Supplemental Rule G(5)(a). Supplemental Rule G(5)(b) provides in pertinent part: "[a] claimant must serve and file an answer to the complaint or a motion under Rule 12 within 21 days after filing the claim."

The claim and answer shall be filed with the Office of the Clerk of Court, United States District Court for the Northern District of Georgia, Atlanta Division,

2

75 Ted Turner Drive, SW, Atlanta, Georgia 30303, with copies of each served upon Assistant U.S. Attorney Norman L. Barnett, 75 Ted Turner Drive, SW, Suite 600, Atlanta, GA  30303.

In accordance with Supplemental Rule G(4)(b), on September 15, 2023, Plaintiff sent this notice by certified mail, return receipt requested, and via regular U.S. Mail, to every person or entity who reasonably appeared to be a potential claimant to the Defendant Property on the facts known to Plaintiff.  **Therefore, a verified claim must be filed on or before October 20, 2023 (35 days from when notice was sent), and an answer to the complaint or a motion under Rule 12 within 21 days thereafter**.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

/s/ Norman L. Barnett
NORMAN L. BARNETT
*Assistant United States Attorney*
Georgia Bar No. 153292
75 Ted Turner Drive, SW
Suite 600
Atlanta, GA 30303
(404) 581-6000
norman.barnett@usdoj.gov

3